92471

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NORMAN WINKLER and<br>SUSAN WINKLER,<br><br>    Plaintiffs,<br><br>v.<br><br>THE ESTATE OF COSMAS RAIMONDI,<br><br>    Defendant.<br><br>NORMAN WINKLER and<br>SUSAN WINKLER,<br><br>    Plaintiffs,<br><br>v.<br><br>THE ESTATE OF COSMAS RAIMONDI and<br>MENARD, INC.,<br><br>    Defendants. | CAUSE NO. 1:20-cv-2405 |

## PETITION FOR REMOVAL OF ACTION

    Defendant Menard, Inc., by counsel, and for its Petition for Removal of Action, Menard Inc., states as follows:

    1.    On October 7, 2019, Plaintiffs filed their Complaint against Defendants Menard, Inc., (hereinafter "Menard") and The Estate of Cosmas Raimondi (hereinafter "Raimondi"), in the Marion Superior Court Civil Division 7, under Cause Number 49D07-1910-CT-041986.

    2.    In their Complaint, Plaintiffs allege that on October 6, 2017, they were an invitee on the Menard's premises when they were hit by a vehicle, causing them injuries and damages.

    3.    Plaintiffs allege that they sustained damages as a result of an incident at a Menard's

store.

4. On August 18, 2020, the Court granted the Order of Dismissal with prejudice tendered by Plaintiffs and Raimondi, as to Raimondi only, leaving Menards as the sole defendant in the above-referenced action.

5. Plaintiff Susan Winkler is a citizen of the State of Indiana.

6. Defendant is incorporated under the laws of the State of Wisconsin with its principal place of business in Eau Claire, Wisconsin.

7. Defendant contends that this cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

8. Defendant certifies that to the best of its knowledge, information and belief, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, as Plaintiffs' Complaint alleges that Defendant breached its duty to Plaintiffs causing Norman and Susan Winkler to incur "personal injury and damages".

9. Through the course of written discovery, Defendant has learned that Plaintiffs have sustained severe and substantial injuries requiring surgical intervention and extensive medical treatment, including but not limited to, back, feet, hip, and ankle injuries, as well as broken bones.

10. This Petition for Removal is being filed with the Court within thirty (30) days after determining that the basis for diversity jurisdiction exists.

11. Copies of all pleadings filed in the state court action that are in the possession of Defendant are attached as "Exhibit A".

12. Contemporaneously, a written notice is being provided to all adverse parties and to the Clerk of the Marion Superior Court, Civil Division 3 that this Petition of Removal is being filed in this Court.

**WHEREFORE**, Defendant, Menard, Inc., prays that the entire state court action pending in the Marion Superior Court, Civil Division 3 of Indiana, under Cause Number 49D03-1907-CT-030363, be removed to this Court for all further proceedings.

Dated:  September 16, 2020.

                    Respectfully submitted,

                    KOPKA PINKUS DOLIN PC

                    By: */s/   Jessica N. Hamilton*
                        Jessica N. Hamilton, Atty No. 34268-71
                        Leslie B. Pollie, Atty No. 25716-49
                        Attorneys for Menard, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2020, the foregoing has been filed through the Court's ECF system and notice has been electronically served on all counsel of record.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Robert D. King, Jr. | Michael Wroblewski |
| David R. Thompson | McKenzie E. Hutchinson |
| John M.Stringfield | KIGHTLINGER GRAY, LLP |
| ROB KING & ASSOCIATES | One Indiana Square, Suite 300 |
| 22 East Washington Street | 211 North Pennsylvania Street |
| Suite 310 | Indianapolis, IN 46204 |
| Indianapolis, IN 46204 | mwroblewski@k-glaw.com |
| rking@robertkinglaw.com | mhutchinson@k-glaw.com |
| dthompson@robrertkinglaw.com | *Attorneys for The Estate of Cosmas Raimondi* |
| john@robkinglaw.com | |
| *Attorney for Plaintiffs* | |

                    */s/   Jessica N. Hamilton*
                    Jessica N. Hamilton

KOPKA PINKUS DOLIN PC
550 Congressional Boulevard
Suite 310
Carmel, IN 46032
(317) 818-1360 | office
(317) 818-1390 | fax
jnhamilton@kopkalaw.com

Case 1:20-cv-02405-RLY-DML Document 1 Filed 09/16/20 Page 5 of 5 PageID #: 5