| STATE OF INDIANA | ) | MARION CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

| Norman Winkler and | ) |
|---|---|
| Susan Winkler, | ) |
|     *Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | ) |
| Cosmas Raimondi, | ) |
|     *Defendant*. | ) |

## Complaint for Damages

Plaintiffs Norman ("Norman") and Susan ("Susan") Winkler, by counsel, file their Complaint for Damages, and in support hereof, state as follows:

1. Norman is a resident of Marion County, Indiana.

2. Susan is also a resident of Marion County, Indiana.

3. Norman and Susan are a married couple.

4. Defendant Cosmas Raimondi ("Raimondi") is a resident of Johnson County, Indiana.

5. On or about October 6, 2017, Norman and Susan had just been shopping at Menards and were pushing their shopping cart northbound to their vehicle in a Menards parking lot at 7149 Emerson Avenue in Marion County, Indiana.

6. At the same time, Raimondi was operating his 2016 Yukon Sport Utility Vehicle southbound in the aforementioned Menards parking lot, having just dropped off a passenger.

7. Raimondi and the Yukon, after dropping off the passenger, then proceeded to turn straight into Norman and Susan, toppling them over, along with their shopping cart.

8. As a result of being struck by Raimondi's vehicle, Norman and Susan were injured.

9.      Raimondi was negligent in the operation of his vehicle in, among other things, failing to maintain a reasonable lookout and striking Norman and Susan.

10.     As a direct and proximate result of Raimondi's negligence, Norman and Susan suffered personal injuries, damages, and loss of consortium.

WHEREFORE, Plaintiffs respectfully request a judgment against Defendant in an amount that will fully and fairly compensate them for their damages, for the cost of this action, and for all other relief just and appropriate in the premises.

Respectfully submitted,

/s/ Robert D. King, Jr.
Robert D. King, Jr. (#20963-49)
ROB KING & ASSOCIATES, TRIAL LAWYERS
22 E. Washington St., Suite 310
Indianapolis, IN 46204
Phone: (317) 916-0000
Fax: (317) 955-1844
Email: rking@robertkinglaw.com