UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NORMAN WINKLER and SUSAN WINKLER, <br><br> Plaintiffs, <br><br> v. <br><br> MENARD, INC., <br><br> Defendant. | CAUSE NO. 1:20-cv-02405-RLY-DML |

ORDER

The court GRANTS the motion to amend caption (Dkt. 9) and directs the clerk to update the caption as follows:

"NORMAN WINKLER AND SUSAN WINKLER
v.
MENARD, INC."

**SO ORDERED**.

Date: 9/25/2020

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email generated by the court's ECF system