# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| Norman Winkler and Susan Winkler,<br>    *Plaintiffs*,<br><br>     v.<br><br>Menard, Inc.,<br>    *Defendant*. | )<br>)<br>)<br>)<br>)  Case No. 1:20-cv-02405-RLY-DML<br>)<br>)<br>) |

### Plaintiffs' Statement of Claims Plaintiffs Intend to Prove at Trial

Pursuant to the Case Management Plan, Plaintiffs, by counsel, state that they intend to prove the following claims at trial.

1. **Negligence / Premises Liability**. On October 6, 2017, Plaintiffs were pushing a shopping cart in the parking lot of a Menard's store located at 7149 Emerson Avenue in Marion County, Indiana, when a vehicle being operated by Cosmas Raimondi collided with the Plaintiffs. Plaintiffs claim that Defendant Menard, Inc. was negligent in failing to maintain its premises in a reasonably safe condition and failing to warn or otherwise protect Plaintiffs from the dangerous condition of its premises. Plaintiffs intend to prove that they suffered damages as a proximate result of Menard's acts and/or failures to act. Plaintiff's claims are based on the legal theories of negligence and premises liability. To the extent necessary, Plaintiffs incorporate by reference their complaint for damages.

Respectfully submitted,

/s/ Robert D. King, Jr.
Robert D. King, Jr. (#20963-49)

**Certificate of Service**

      I hereby certify that on May 24, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jessica N. Hamilton
Kopka Pinkus Dolin PC
550 Congressional Boulevard, Suite 310
Carmel, IN 46032
Email: jnhamilton@kopkalaw.com

      /s/ Robert D. King, Jr.
Robert D. King, Jr. (#20963-49)
THE LAW OFFICE OF ROBERT D. KING, JR., P.C.
22 E. Washington St., Suite 310
Indianapolis, IN 46204
Phone: (317) 916-0000
Fax: (317) 955-1844
Email: rking@robertkinglaw.com