UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NORMAN WINKLER AND SUSAN WINKLER, <br><br> Plaintiffs, <br><br> v. <br><br> MENARD, INC., <br><br> Defendant. | CAUSE NO. 1:20-CV-02405-RLY-MG |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, by counsel, having filed their Stipulation for Dismissal with prejudice of the above-captioned cause, and the Court being fully advised, determines that this cause should be ordered dismissed with prejudice. Costs paid.

Date: 8/06/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

All ECF-registered counsel of record via email generated by the court's ECF system